HALPERN LAW GROUP
**ARI D. HALPERN**, ATTORNEY AT LAW — OSB # 045230
ari@halpernlawgroup.net
62910 OB Riley Rd., Ste. 100
Bend, OR   97703
Voice: (541) 388-8410
Fax: (541) 323-2306
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

EUGENE DIVISION

| | |
|---|---|
| **STEVEN BERTRAND CLOSE** | Case No. 6:19-cv-00557-MK |
| Plaintiff, | |
| vs. | ORDER FOR ATTORNEYS FEES PURSUANT TO |
| **COMMISSIONER, SOCIAL SECURITY ADMINISTRATION** | 42 U.S.C. § 406(b) |
| Defendant. | |

Attorneys' fees in the amount of $15,124.85 are hereby awarded to Attorney Ari Halpern pursuant to 42 U.S.C. § 406(b).   Any amount withheld after all administrative and court attorneys fees are paid should be released to the claimant.

DATED this 2nd day of December 2020.

s/ Mustafa T. Kasubhai
United States Magistrate Judge

ORDER FOR FEES PURUSANT TO 42 U.S.C. § 406(b)    - Page 1

Presented by:
s/ Ari D. Halpern
ARI D. HALPERN, OSB # 045230
Voice: (541) 388-8410
Fax: (541) 323-2306
ari@halpernlawgroup.net
Attorney for Plaintiff